This is to advise that on June 1, 2012

Senior Judge Richard W. Goldberg

Issued CONFIDENTIAL Slip Op. 12-71

In action

Ct. No. 10-00261

Sucocitrico Cutrale Ltda. and
Citrus Products Inc.,
(Plaintiffs,)

v.

United States,
(Defendant,)

and

Florida Citrus Mutual, Citrus World, Inc.,
Southern Gardens Citrus Processing Corporation
and A. Duda & Sons, Inc.,
(Defendant - Intervenors.)